# Exhibit 2

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| Claim 1.1 A method for facilitating business-to-business personal connections by enhancing Internet search engine results, the method comprising the following machine-implemented steps of: | As described below, wish platform operates as an online retail e-commerce platform that facilitating B2B and allows users to search for products in various category. While the website includes a search functionality, this feature querying Wish inventory database and display a list of results corresponding to the search query that dynamically generated search results pages showing products from multiple sellers.<br><br>**Product Related Information Below:**<br><br>## 1. Introduction<br><br>This privacy notice explains how Wish US Holdings LLC and its parent company, subsidiaries and affiliates (collectively "Wish," "we," "us," "our") collects, uses, shares, and protects personal information of customers and merchants (where a merchant is a natural person) through the Wish and Wish+ online and mobile applications ("Apps") and related services (collectively, the "Services").<br><br>https://www.wish.com/privacy_policy#section-6 |

1

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| |  https://www.wish.com/companyinfo?hide_login_modal=true |

2

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| |  https://www.wish.com/search/cosmetics |

3

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| | <br>https://merchant.wish.com/md/welcome-invite-only |
| Claim 1.2 generating and transmitting for display, based at least in part on a list of search results generated by an Internet search engine that queries the World Wide Web and that is not limited by any number of websites, seller-specific information of one or more selling entities associated with at least a portion of a Uniform Resource Locator (URL) | As described below, the Wish website provides a search functionality that allows customers to enter search queries. Upon entering a query, the site displays a list of results (e.g., Mobile Phones).<br>Each result includes seller entities information (e.g., Sold by "'Synctech") associated with a specific URL. When a user clicks on the URL, the site displays product listings and other related information associated with that particular selling entities.<br>However, it should be noted that this functionality operates within the Wish internal e-commerce platform and is limited to its own merchant brand's product catalog, rather than querying the broader World Wide Web.<br><br>**Product Related Information Below:** |

4

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| of a search result in the list of search results; | **How Wish works**<br><br>Wish provides a discovery-based shopping experience that mirrors how consumers have shopped for years in brick-and-mortar stores. Through increased interaction, our technology gets to know our users, and curates a product feed that is personalized to them. Our merchants are continually expanding their product selection to provide more diversified products at highly competitive prices.<br><br>**Shop on Wish →**<br><br>https://www.wish.com/companyinfo?hide_login_modal=true |

5

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| |  https://www.wish.com/search/Cell%20phone?source=search&position=2 |

6

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| |  |

7

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
|  | **Description**    Show Less    Safety Warning Information: Do Not Store Or Carry Flammable Or Explosive Materials In The Same Compartment As Your Device. Select The Type Of The Battery: Other Contains Batteries?: Yes Plug Type: Uk Plug Warranty Period: 12 Months Model: BM310 The BM310 Small Mobile Phone is a versatile and compact device designed for efficient communication. With its dual SIM capability, you can easily manage multiple contacts and calls. Unlock Features: Fully unlocked for any network. Bluetooth Earphone Compatible: Use with Bluetooth accessories seamlessly. Automatic Call Recording: Keep important conversations stored easily. Low Radiation: Safe to use with minimized radiation levels. This mobile phone is UK stock and offers fast shipping for your convenience. Experience the modern functionality of the BM310 today!    **Reference Price by Seller**    Show More    **Sold By**    View store   synctech   4.2 ★★★★☆ (188)    https://www.wish.com/search/Cell%20phone/product/694bf545ecb827034bfa4d44?source=search&position=0 |

8

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
| |  https://www.wish.com/merchant/5788e66b6276ea73f2f4bfb5 |

9

| U.S. Patent No. 10,534,820 B2 [Claim] | Wish [Relevant Text / Images] |
|---|---|
|  | **6. Third-Party Plugins & Links to Third-Party Websites**<br><br>The Services contain links to external (non-Wish-affiliated) websites. For example, if you choose, you may follow links to social media sites such as Instagram, Facebook, LinkedIn, Twitter, YouTube, and others. A link to such sites does not imply Wish endorses such sites. This Privacy Notice does not apply to those external websites. For information about their privacy practices, please review the privacy notices of these external sites.<br><br>Our Services may also offer you the ability to interact with plug-ins from social media sites, which may allow us or the social media site to receive data from or about you. If you have previously provided personal information to a third party operating a plug-in on the Services, then that third party may recognize you and link you to your behavior on the Services. Your use of social network plug-ins is subject to the privacy notice of the company that operates the plug-in, which may be different from ours, so please read these policies carefully to understand their policies and your options.<br><br>https://www.wish.com/privacy_policy#section-6 |

10

| | |
|---|---|
| Claim 1.3 wherein the one or more selling entities are individual persons; | As described below, the site the includes seller entities (e.g., "Synctech").<br><br>**Product Related Information Below:**<br><br><br><br>https://www.wish.com/merchant/5788e66b6276ea73f2f4bfb5 |

11



https://www.wish.com/merchant/5788e66b6276ea73f2f4bfb5

| Claim 1.4 wherein the seller-specific information comprises attributes of the one or more selling entities; | As described below, the seller entity (For e.g. Synctech) includes its related attributes such as list of product, bestselling product, store info, Ratings, customer response, etc.<br><br>**Product Related Information Below:** |
| --- | --- |

12



https://www.wish.com/merchant/5788e66b6276ea73f2f4bfb5

| Claim 1.5 wherein the list of search results is based on one or more query terms that a person supplied to the Internet search engine, and wherein the step of generating and transmitting for display the seller-specific information is performed by a toolbar | As described below, Wish operates as an online retail e-commerce platform that allows users to search for various product categories. While the website includes a search functionality, this feature querying Wish inventory database and display a list of results corresponding to the search query. Further, based on the search query, the platform transmitting for display the seller- specific information (for e.g. Synchtech & its list of product category, rating, store info etc.) by a toolbar application (Mobile app) executed on a computer (or Mobile Device) from which the person entered the one or more query terms. <br><br> **Product Related Information Below:** |

| application executed on a computer from which the person entered the one or more query terms; and | <br><br>https://www.wish.com/search/Cell%20phone?source=search&position=2 |

14



15



**Description**                                        Show Less

Safety Warning Information:  Do Not Store Or Carry Flammable Or Explosive
Materials In The Same Compartment As Your Device.
Select The Type Of The Battery:  Other
Contains Batteries?:  Yes
Plug Type:  Uk Plug
Warranty Period:  12 Months
Model:  BM310
The BM310 Small Mobile Phone is a versatile and compact device designed for
efficient communication. With its dual SIM capability, you can easily manage multiple
contacts and calls.
Unlock Features: Fully unlocked for any network.
Bluetooth Earphone Compatible: Use with Bluetooth accessories seamlessly.
Automatic Call Recording: Keep important conversations stored easily.
Low Radiation: Safe to use with minimized radiation levels.
This mobile phone is UK stock and offers fast shipping for your convenience.
Experience the modern functionality of the BM310 today!

**Reference Price by Seller**                          Show More

**Sold By**                                            View store

synctech
4.2 ★ ★ ★ ★ ★  (188)

https://www.wish.com/search/Cell%20phone/product/694bf545ecb827034bfa4d44?
source=search&position=0

16



https://www.wish.com/merchant/5788e66b6276ea73f2f4bfb5

https://www.wish.com/companyinfo?hide_login_modal=true

17

## 7. Cookies & Related Technologies

Cookies are text files stored on your web browser and are used by Wish to remember you for various purposes. Additionally, we use related tracking technologies, such as web beacons, local shared objects, and tracking pixels. To learn more about the cookies & related technologies used on our websites, please click here, and to change or withdraw your consent at any time, please click the Cookie Settings link in the cookie notice banner or in the footer of our websites.

You may also alter your browser settings to block cookies. Browsers are different, so refer to instructions related to your browser to learn about cookie-related and other privacy and security settings that may be available.

- From your devices: The devices you use to access Wish provide personal information to us, including your device model, operating system and version, the name of the domain from which you access the Internet, your Internet Protocol ("IP") address, and other unique device identifiers. Wish also collects device information like the date and time you access Wish online or via the App, which pages you visit, the search terms you use, the links you click on, the browser you use, and your language preference. To collect much of this information, we use cookies, web beacons, and other similar technologies. For more information about how we use tracking technologies and your rights with respect to such use, click here.

https://www.wish.com/privacy_policy

18



https://www.wish.com/mobile-apps?hide_login_modal=true

| Claim 1.6 wherein the toolbar application adds the seller-specific information to the search result in the list of search result. | As described below, Wish operates as an online retail e-commerce platform (Website or Mobile application platform). The platform updates the seller specific information (such as product reviews or ratings, details, Store Info., etc.) for all the search results in the list of search results.<br><br>**Product Related Information Below:** |
|---|---|

19



https://www.wish.com/mobile-apps?hide_login_modal=true

## 1. Introduction

This privacy notice explains how Wish US Holdings LLC and its parent company, subsidiaries and affiliates (collectively "Wish," "we," "us," "our") collects, uses, shares, and protects personal information of customers and merchants (where a merchant is a natural person) through the Wish and Wish+ online and mobile applications ("Apps") and related services (collectively, the "Services").

https://www.wish.com/privacy_policy#section-6

20



21



**Description**  Show Less

Safety Warning Information:  Do Not Store Or Carry Flammable Or Explosive
Materials In The Same Compartment As Your Device.
Select The Type Of The Battery:  Other
Contains Batteries?:  Yes
Plug Type:  Uk Plug
Warranty Period:  12 Months
Model:  BM310
The BM310 Small Mobile Phone is a versatile and compact device designed for
efficient communication. With its dual SIM capability, you can easily manage multiple
contacts and calls.
Unlock Features: Fully unlocked for any network.
Bluetooth Earphone Compatible: Use with Bluetooth accessories seamlessly.
Automatic Call Recording: Keep important conversations stored easily.
Low Radiation: Safe to use with minimized radiation levels.
This mobile phone is UK stock and offers fast shipping for your convenience.
Experience the modern functionality of the BM310 today!

**Reference Price by Seller**  Show More

**Sold By**  View store

synctech
4.2 ★ ★ ★ ★ ★ (188)

https://www.wish.com/search/Cell%20phone/product/694bf545ecb827034bfa4d44?
source=search&position=0

22



https://www.wish.com/merchant/5788e66b6276ea73f2f4bfb5

The products available on the Services are being offered and sold by third party merchants. You hereby agree and acknowledge that Wish is only a facilitator and is not and cannot be a party to or control in any manner any transactions on the Services. Accordingly, the contract of sale of products on the Services will strictly be a bipartite contract between you and the merchants on the Services.

https://www.wish.com/in-terms

23



### Building a Trusted Merchant Community

Wish is now an invite-only platform where top-tier merchants can sell their products to millions of customers around the world.

https://merchant.wish.com/md/welcome-invite-only

24